UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JOHN CONTEH**
      **Petitioner**

    **V.**

**CIVIL ACTION**

**NO. 05-10586-RCL**

**SHERIFF PLYMOUTH JAIL, ET AL**
      **Respondent**

### O R D E R

**LINDSAY, D. J.**

Pursuant to Rule 4(b) of the Rules Governing Section 2241 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition upon the office of the United States Attorney General, the United States Attorney and the office of Immigration and Naturalization.

It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an answer or other responsive pleading.

| | |
|---|---|
| March 29, 2005 | /s/ Reginald C. Lindsay |
| Date | United States District Judge |

**(2241serv.ord - 09/96)** **[2255serv.]**