UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**JOHN CONTEH**

V.  CIVIL ACTION NO. **05-10586-RCL**

**ROBERTO GONZALES, ET AL**

### JUDGMENT OF DISMISSAL

LINDSAY, D.J.

In accordance with the Court's Order of October 22, 2005 allowing the motion for summary disposition of the defendants, Judgment is hereby entered as follows: Judgment for the defendants dismissing this action.

October 25, 2005  /s/ Lisa M. Hourihan
Deputy Clerk