# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10586

John Conteh

v.

Sheriff Plymouth Jail, et al,

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/21/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 22, 2005.

Sarah A. Thornton, Clerk of Court

By: *[signature]*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12-23-5

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL, HABEAS

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10586-RCL

Conteh v. Gonzales et al
Assigned to: Judge Reginald C. Lindsay
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 03/24/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**John Conteh**    represented by **John Conteh**
Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360
PRO SE

V.

**Respondent**

**Roberto Gonzales**    represented by **Victor A. Wild**
*United States Attorney General*
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 900
Boston, MA 02210
617-748-3145
Fax: 617-748-3960
Email: victor.wild@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Sheriff Plymouth Jail**    represented by **Sheriff Plymouth Jail**
PRO SE

**Respondent**

**Bice District Director**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2005 | 1 | PETITION for Writ of Habeas Corpus (2241) $ 5, receipt number 63009, filed by John Conteh. (Attachments: # 1 Exhibit)(Stanhope, Don) (Entered: 03/28/2005) |

| | | |
|---|---|---|
| 03/24/2005 | ● | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Stanhope, Don) (Entered: 03/28/2005) |
| 03/28/2005 | ● | Judge Reginald C. Lindsay : Electronic ORDER entered. SERVICE ORDER re 2241 Petition. Order entered pursuant to R.4 of the Rules governing Section 2241 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order. (Stanhope, Don) (Entered: 03/28/2005) |
| 03/28/2005 | ● | Remark- Certified copy of 2241 Petition sent to U.S. Attorney's Office via certified mail on 3/28/05. (Stanhope, Don) (Entered: 03/28/2005) |
| 03/29/2005 | ●2 | Judge Reginald C. Lindsay : ORDER entered. SERVICE ORDER re 2241 Petition. Order entered pursuant to R.4 of the Rules governing Section 2241 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Hourihan, Lisa) (Entered: 03/29/2005) |
| 03/29/2005 | ● | Return receipt received for mail sent to U.S. Attorney's Office/District of Massachusetts Delivered on 3/29/05 (Stanhope, Don) (Entered: 04/25/2005) |
| 04/11/2005 | ●3 | MOTION for Extension of Time to 5/1/05 to respond by Roberto Gonzales, Bice District Director.(Sady, Michael) (Entered: 04/11/2005) |
| 04/25/2005 | ●4 | Government's MOTION for Summary Judgment filed by Roberto Gonzales. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Stanhope, Don) (Entered: 04/26/2005) |
| 04/28/2005 | ● | Judge Reginald C. Lindsay : Electronic ORDER entered granting 3 Motion for Extension of Time to Respond to Petitioner's Writ of Habeas Corpus to 5/1/05 (Hourihan, Lisa) (Entered: 04/28/2005) |
| 05/04/2005 | ●5 | Response by John Conteh to 4 MOTION for Summary Judgment. (Abaid, Kim) (Entered: 05/05/2005) |
| 10/22/2005 | ● | Judge Reginald C. Lindsay : ElectronicORDER entered granting 4 Motion for Summary Disposition. As the court ruled in connection with a previous petition filed by this petitioner (04-11471), this court is without jurisdiction to consider the claims of this petition. Moreover, this appears to be a second, successive petition, which may not be filed in the absence of permission from the United States Court of Appeals for the Second Circuit. The clerk shall enter judgment dismissing this petition.(Lindsay, Reginald) (Entered: 10/22/2005) |
| 10/25/2005 | ●6 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT in favor of defendants against plaintiff(Hourihan, Lisa) (Entered: 10/25/2005) |
| 10/25/2005 | ●7 | Letter/request (non-motion) from John Conteh. (York, Steve) (Entered: 10/25/2005) |
| 11/21/2005 | ●8 | NOTICE OF APPEAL by John Conteh. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First |

|  |  | Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/12/2005. (York, Steve) (Entered: 11/23/2005) |