UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN CONTEH,
    Petitioner,

V                                  CASE NO: 05-CV-10586-RCL

Sheriff Plymouth Jail,
BICE DISTRICT DIRECTOR,
ALBERTO GONZALES
    RESPONDENTS.

MOTION TO PROCEEDE ON APPEAL
IN INFORMA PAPERUS (WITHOUT
APPEAL FILING FEE

Hon. U.S.D.J,

    PLEASE TAKE NOTICE THAT, JOHN CONTEH, THE PETITIONER IN THE ABOVE CAPTIONED CASE, WILL MOVE THIS COURT FOR AN ORDER:

    1. GRANTING REQUEST TO PROCEED WITHOUT PAYING THE FILING FEE ON APPEAL. AND/OR

    2. GRANT PETITIONER TIME TO RESPOND TO THE FILING FEE, PETITIONER DOES NOT KNOW HOW MUCH IS THE FILING FEE AND NEEDS WAIVER FORM TO PROCEED.

Dated: Jan. 10, 2006
Plymouth, MA. 02360.

Respectfully Submitted,
John Conteh #30635
26 Long Pond Road,
Plymouth, MA 02360