United States District Court
District of Massachusetts

John Conteh
    Plaintiff

v.   Case No: 05-CV-10586 RCL

Alberto Gonzales, Sheriff
Plymouth Jail, et al

Dear Clerk,

    I am the Plaintiff in the above captioned case. I am requesting a docket entry of the above captioned "Case and Number," and the Dismissal Order.

    All the best and look forward to receiving from you.

Dated: 3rd Feb. 2006.
Plymouth, Ma. 02360

Sincerely yours,
John Conteh #30635
PCCF,
26 Long Pond Road,
Plymouth, Ma. 02360